SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-2927
     E-mail:    george.pence@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 1940 W. 108TH ST. LOS ANGELES, CA 90047 | No. 17-1307-M<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF JASON C. VAN BENNEKUM |
|---|---|

The United States of America, by and through its counsel of record, Assistant United States Attorney GEORGE E. PENCE, hereby applies for an order extending by 60 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

//

//

This application is based on the attached declaration of Jason Van Bennekum and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: July 21, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ George E. Pence*
GEORGE E. PENCE
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

DECLARATION OF JASON C. VAN BENNEKUM

I, JASON C. VAN BENNEKUM, declare as follows:

1. I am a Special Agent ("SA") of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been employed with the ATF since November of 2005 as an SA. I am currently assigned to the Joint Terrorism Task Force, Los Angeles Field Office ("JTTF"). In this capacity, I am responsible for investigating violations of federal criminal law, including those laws found in Title 18 of the United States Code relating to false information and hoaxes. Before my employment as an SA, I was employed as a United States Border Patrol Agent for 8 years.

2. I have participated in executing search warrants in connection with investigations involving violations of federal and state firearms, drugs, and explosives laws. In the course of my duties, I routinely conduct investigations involving the collection of digital evidence. I have also shared and received information and further training from members of the JTTF regarding hoaxes and terrorist threats.

3. I am currently a certified Digital Media Collection Specialist with ATF. In the course of my duties, I routinely assist in the collection of evidence from digital devices.

4. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 60 days, the following digital devices seized pursuant to the search warrant described below (the "SUBJECT DIGITAL DEVICES"):

    a. Black Dell Laptop S/N: 6P28QR1;

    b. Vortex Cellular Phone S/N: 359557065091593;

1          c.     Samsung Cellular Telephone S/N: A0000045B6F5AB;

2          d.     Alcatel Cellular Telephone S/N: 014316003759333;

3          e.     Samsung Galaxy S6 Edge Cellular Telephone;

4          f.     ZTE Cellular Telephone S/N: 322753490989;

5          g.     Black LG Cellular Telephone S/N: 603CYMR817995;

6          h.     White Apple iPhone Model A1387;

7          i.     Red/Black HTC Cellular Telephone S/N: 337h2014-00m;

8          j.     SD Flash Cards Cellular Telephone Storage Device;

9          k.     Black Tablet Computer with no identifying marks;

10          l.     Black HTC Cellular Telephone S/N: ht175t204280;

11          m.     White Samsung Cellular Telephone IMEI:

12 3546060881785863;

13          n.     Black ZTE Cellular Telephone S/N: 865891021860065;

14          o.     Black ZTE Cellular Telephone S/N: 32575306C465;

15          p.     Black ZTE Cellular Telephone S/N: 327B5169D4E8;

16          q.     Blue/Gray Samsung Cellular Telephone S/N:RV1D47M604P;

17          r.     Two Sandisk Cellular Telephone Media Cards;

18          s.     Nintendo Wii Gaming System;

19          t.     Black Cisco Router S/N: CVN01K377108;

20          u.     HP Laptop Computer S/N: CND820HTC0;

21          v.     Black HP Laptop Computer S/N: CNU804W12

22          w.     Black Dell Laptop Computer S/N: ST 35MM52

23          x.     Seagate Red External Hard Drive;

24          y.     Dell Laptop Computer S/N 00144560662438;

25          z.     Black Technicolor Router S/N: CP1539CB7QC;

26          aa.    Silver Dell Laptop Computer S/N: CNORT9514864378F0331;

27          bb.    Black Technicolor Router S/N: CP1529CBK0B;

28          cc.    Blue Acer Laptop Computer S/N: LXPM9021439501B5412000;

1          dd.   Black Dell Laptop Computer S/N: ST 4m46Z52;

2          ee.   Black Compaq Laptop Computer S/N: CNF750739Y;

3          ff.   Silver Lenovo Laptop Computer S/N: EB32437955;

4          gg.   Silver Toshiba Laptop Computer S/N: Zb15880W;

5          hh.   Black Asus Laptop Computer S/N: A30AAS373387;

6          ii.   Silver HP Laptop Computer S/N 2CE7437RP;

7          jj.   Blue Compaq Laptop Computer S/N: CNU23809CJ;

8          kk.   Gray Samsung Cellular Telephone S/N: 351938061959520;

9          ll.   Blue ZTE Cellular Telephone S/N: 327B33281910;

10         mm.   Blue Alcatel Cellular Telephone S/N: 2CE4U81;

11         nn.   Black ZTE Cellular Telephone S/N: 32576371B409;

12         oo.   Black BLU Cellular Telephone FCC ID: YHLBLUEADVANCE4L;

13         pp.   Black LG Cellular Telephone S/N: 503KPPB69920;

14         qq.   Silver LG Cellular Telephone S/N: 510CYMR441963B;

15         rr.   Silver IOMEGA External Harddrive;

16         ss.   White Samsung Mini Tablet;

17         tt.   HP All in One Computer S/N: 3CR31101C7; and

18         uu.   Black ZTE Cellular Telephone S/N:32BC5265464.

19     5.   On May 25, 2017, Federal Bureau of Investigation ("FBI") SA
20 Jason Ghetian obtained a federal search warrant issued by the
21 Honorable Suzanne H. Segal, United States Magistrate Judge,
22 authorizing the search of the SUBJECT DIGITAL DEVICES.  The warrant,
23 which is incorporated herein by reference, authorized the search of
24 digital devices seized from 1940 W. 108th Street, Los Angeles,
25 California for a period of 60 days after the execution of the warrant
26 to allow the government to search such devices for evidence of
27 violations of Title 18, United States Code, Sections 1038 (False
28 information and hoaxes) and 875(c) (Interstate communications).

6. On May 26, 2017, Agents and Officers of the JTTF executed that search warrant at 1940 W. 108th Street, Los Angeles, California and seized the SUBJECT DIGITAL DEVICES.

7. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICES is July 25, 2017.

8. Since seizing the SUBJECT DIGITAL DEVICES, all of the SUBJECT DIGITAL DEVICES have been turned over to a team of computer forensic specialists at the Electronic Crimes Task Force Lab. Thus far, the forensic specialists have analyzed five of the SUBJECT DIGITAL DEVICES and have found evidence of violations of Title 18, United States Code, Sections 1038 (False information and hoaxes) and 875(c) (Interstate communications). The review of the remaining SUBJECT DIGITAL DEVICES is ongoing.

9. For the following reasons, I am requesting an additional 60 days for the government to complete its review of the SUBJECT DIGITAL DEVICES:

    a. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents, because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process. The review also must be conducted by agents who have

//
//

received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes substantial time.

       b.    The SUBJECT DIGITAL DEVICES contain approximately hundreds of gigabytes of information. Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf. One hundred gigabytes could hold an entire library floor of academic journals. One of the SUBJECT DIGITAL DEVICES in particular is a hard drive that contains one terabyte of information. One terabyte is approximately 1,000 gigabytes worth of information.

       c.    The forensic team is processing 47 digital devices in total, which includes a high volume of data. In addition to the time-consuming nature of the examination, dignitary protective assignments require the participation of a large number of FBI and ATF personnel, including our forensic examiners. This has created a delay in the examination of the SUBJECT DIGITAL DEVICES. Finally, the forensic examiners are dealing with a backlog of cases that pre-existed the above investigation, and accordingly, will not be able to complete the search by the current search warrant deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 24, 2017.

_____
JASON C. VAN BENNEKUM